PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Dougherty                                      Cr.: 00-00425-001

Name of Sentencing Judicial Officer: The Honorable William G. Bassler

Date of Original Sentence: 2/19/03

Original Offense: Possession of an Unregistered Destructive Device

Original Sentence: Time Server/3 years Supervised Release

Type of Supervision: Supervised Release                     Date Supervision Commenced: 3/11/03

Assistant U.S. Attorney: Brian Howe                          Defense Attorney: Donald J. McCauley

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**' |
|   | The offender left the country and traveled to the Phillippines without permission on July 30, 2005. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Karen Green-Allen
Senior U.S. Probation Officer
Date: 8/26/05

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: TUESDAY OCTOBER 5, 2005 @ 2 PM.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

PROB 12C - Page 2
James Dougherty

*[signature]*
Signature of Judicial Officer

Sept. 8 2005
Date