PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

RECEIVED

2005 DEC -5 A 10:50

2005 DEC -2 P 12:11

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Dougherty     Cr.: 00-00425-001

Name of Sentencing Judicial Officer: The Honorable William G. Bassler

Date of Original Sentence: 2/19/03

Original Offense: Possession of an Unregistered Destructive Device

Original Sentence: Time Served/3 years Supervised Release

Type of Supervision: Supervised Release     Date Supervision Commenced: 3/11/03

Assistant U.S. Attorney: Brian Howe     Defense Attorney: Donald J. McCauley

## PETITIONING THE COURT

[ X ] To issue a warrant
[   ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'The defendant is to be confined to his residence for a period of 6 months commencing at the direction of the U.S. Probation Office.** The offender has been at various locations without permission including the Highlands Police Department, The Earle Weapons Naval Station in Leonardo and the U.S. Probation Office in Tinton Falls. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Karen Green-Allen
Senior U.S. Probation Officer
Date: 11/30/05

THE COURT ORDERS:

[   ] ~~The Issuance of a Summons. Date of Hearing:~~
[ ✓ ] The Issuance of a Warrant


PROB 12C - Page 2
James Dougherty

[ ] No Action
[✓] Other

_____
Signature of Judicial Officer

12/2/05
_____
Date

UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**THOMAS C. MILLER**
SUPERVISING PROBATION OFFICER

**JOHN A. SKORUPA**
SUPERVISING PROBATION OFFICER

November 30, 2005

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ 08608
(609) 989-2071
FAX: (609) 989-2367

The Honorable William G. Bassler
United States District Judge
Martin Luther King Jr. Federal Courthouse
P.O. Box 0999
Newark, NJ 07102-0999

          **RE: Dougherty, James**
          **Dkt#: 00-00425-001**
          **Request for a Warrant**

Dear Judge Bassler:

The above named offender was sentenced by Your Honor on February 19, 2003 on a charge of Possession of an Unregistered Destructive Device and received Time Served followed by 3 years of Supervised Release. He was released from a state detainer and commenced supervision on March 11, 2003. The offender has a special condition for mental health treatment due to his diagnosis of bi-polar disorder.

A petition for violation of supervision was requested in September, 2005 due to the offender leaving the country without permission. He spent several months in the Phillippines and due to his mental instability, he was incarcerated and also received mental health treatment at a Veterans Administration Hospital in the Phillippines.

He returned to the United States on October 15, 2005 and was subsequently hospitalized for mental health treatment. He was released from the hospital and immediately appeared in Court for the violation of supervised release hearing. He was sentenced to 3 years supervised release with an additional special condition of 6 months home confinement.

He was immediately referred to an outpatient day treatment program at Preferred Behavioral Health. He has continued to display instability thus was directed to attend the program for just the morning session. He was specifically directed to return home immediately and remain home until the next morning.

Mr. Dougherty has consistently violated this directive. He has been at the Highlands Police Department several times giving unsolicited letters and information to the police chief. He has also been at the Tinton Falls Probation Office several times. He was detained by the military police at the Earle Weapons Naval Station in Leonardo due to trespassing and being in possession of spent shell casings. He reportedly informed the military police officer he had just returned from a firing range. We have no knowledge that he possesses any weapons. The possession of any weapons would be a violation of Federal Law and his conditions of supervision.

Mr. Doughery's behavior continues to be of great concern. The treatment program indicates he continues to display manic behavior which indicates it is unlikely he is taking his medication as directed. They clinically have assessed he may be a danger to himself or others if his behavior

The Honorable William G. Bassler
Page 2
November 30, 2005

continues to escalate.

We are concerned about his behavior and his apparent unwillingness to comply with home confinement or treatment.

Based on his alleged continued noncompliant behavior, we are requesting a warrant for his arrest. Attached is a petition for Your Honor's signature. If you have any questions or concerns, please contact the undersigned officer at Your Honor's convenience.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Karen Green-Allen
Senior U.S. Probation Officer

/kga
Enclosure